UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re MIGUEL DIAZ,

        Plaintiff

                      /

No. C 13-1945 PJH (PR)

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the court regarding medical care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    No response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  July 11, 2013.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.13\Diaz1945.dsm-ifp.wpd